| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* MO-05-CR-071 (01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 07 0665 MMC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT WESTERN/TEXAS | DIVISION MIDLAND |
|---|---|---|
| ALEC MCLEOD BOYKIN WIEKING<br>1162 INGERSON STREET<br>SAN FRANCISCO, CALIFORNIA | NAME OF SENTENCING JUDGE<br>THE HONORABLE ROBERT JUNELL | |
| | DATES OF PROBATION/SUPERVISED RELEASE: 08-09-2006 | FROM 08-09-2006    TO 08-08-2008 |

OFFENSE

Possession with Intent to Distribute Less Than 50 Kilograms of Marijuana in violation of 21 U.S.C. § 841 (b)(1)(D)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____TEXAS_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __NORTHERN DISTRICT OF CALIFORNIA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/10/07
*Date*               *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Oct. 17, 2007
*Effective Date*            *United States District Judge*