# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL, ROOM 107
MIDLAND, TEXAS 79701-5217

WILLIAM G. PUTNICKI
CLERK OF COURT

October 30, 2007



FILED

NOV 1 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94012

CR 07-665 MMC

Re:    U.S.A. vs. Alec McLeod Boykin
       Criminal Action MO-05-CR-071 (1)

Dear Clerk:

　　　　Pursuant to a signed Transfer of Jurisdiction signed by the District Judge in the Western District of Texas, and the Northern District of California, supervised release of Alec McLeod Boykin, is transferred to your court.

　　　　The Indictment, Judgment and Commitment, Indictment, New Mexico Docket Sheet, and Texas Docket Sheet are forwarded for your information. Return the enclosed letter copy to the Western District of Texas. If any additional information is needed on the above listed individual, please feel free to contact our office.

　　　　Thank you for your cooperation in this matter.

                              Sincerely,

                              WILLIAM G. PUTNICKI, Clerk

                              _____
                              By: Deputy Clerk

:sm

cc:    U.S. Probation

　　　　The above listed Transfer of Jurisdiction was received in our office on _____, and assigned new case number _____ CR-07-0665-MMC _____.

                              _____
                              By: Deputy Clerk

PROB 22
(Rev. 2/88)

ORIGINAL

TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | MO-05-CR-071 (01) |
| | DOCKET NUMBER *(Rec. Court)* |
| | 0665 |

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

ALEC MCLEOD BOYKIN
1162 INGERSON STREET

SAN FRANCISCO, CALIFORNIA

07 OCT 18   AM SUPERVISED RELEASE
WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07

DISTRICT
WESTERN/TEXAS

DIVISION
MIDLAND

NAME OF SENTENCING JUDGE

THE HONORABLE ROBERT JUNELL

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| 08-09-2006 | 08-09-2006 | 08-08-2008 |

OFFENSE

Possession with Intent to Distribute Less Than 50 Kilograms of Marijuana in violation of 21 U.S.C. § 841 (b)(1)(D)

FILED
OCT 30 2007
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ TEXAS _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ NORTHERN DISTRICT OF CALIFORNIA ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/10/07
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.
Clerk, U.S. District Court

BY _____ Deputy

Oct. 17, 2007
_____
Effective Date

_____
United States District Judge

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of New Mexico

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **ALEC BOYKIN** | |

(For Offenses Committed On or After November 1, 1987)

Case Number: **2:01CR00515-001BB**

## THE DEFENDANT:

Defense Attorney: **Steve Sosa, AFPD (Appointed)**

☒ pleaded guilty to count(s) __Information__

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 841(b)(1)(D) | Possession With Intent to Distribute Less Than 50 Kilograms of Marijuana | 02/05/01 | |

The defendant is sentenced as provided in pages 1 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | 07/30/01 |
| Defendant's Date of Birth: **01/28/57** | Date of Imposition of Judgment |
| Defendant's USM No.: **19955-051** | |
| Defendant's Residence Address: | /s/C.LeRoy Hansen |
| **3102 West Tucana** | |
| **Tucson, AZ 85705** | Signature of Judicial Officer |
| | **Honorable John Edwards Conway** |
| | **Senior United States District Judge** |
| Defendant's Mailing Address (if different from residence): | Name & Title of Judicial Officer |
| **(Same As Above)** | 08/14/01 |
| | Date |

A true copy of the original, I certify
Clerk, U.S. District Court

By _____ Deputy

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

DEFENDANT:    **ALEC BOYKIN**

CASE NUMBER:    **2:01CR00515-001BB**

Judgment - Page  2  of  5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **6 months**  .

☒  The court makes the following recommendations to the Bureau of Prisons:

    **Service of sentence at a Halfway House near the defendant's residence in Tucson, Arizona.**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ a.m./ p.m. on _____

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒  before 2 p.m. on  **October 1, 2001**

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a Certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

DEFENDANT:   **ALEC BOYKIN**

CASE NUMBER: **2:01CR00515-001BB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __2 years__

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the courts determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 24SB (Rev. 8/96) Sheet 3 - Supervi... J Release

Judgment - Page 3.1 of 5

DEFENDANT:    **ALEC BOYKIN**

CASE NUMBER: **2:01CR00515-001BB**

## SPECIAL CONDITIONS OF SUPERVISION

**The defendant shall participate in a program for substance abuse which may include testing as directed by the U. S. Probation Office.**

AO 245B (Rev. 8/96) Sheet 5, Part A - Criminal Monetary Penalties

| | | | |
|---|---|---|---|
| DEFENDANT: | **ALEC BOYKIN** | | Judgment - Page 4 of 5 |
| CASE NUMBER: | **2:01CR00515-001BB** | | |

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments.

☒ Remitted

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ in full immediately; or

B ☐ $ _____ immediately, balance due (see special instructions regarding payment of criminal monetary penalties):

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245B (Rev. 8/96) Sheet 6 -Statement of Reasons

| DEFENDANT: | **ALEC BOYKIN** | Judgment - Page 5 of 5 |
|---|---|---|
| CASE NUMBER: | **2:01CR00515-001BB** | |

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

### Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 10 |
| Criminal History Category: | 1 |
| Imprisonment Range: | 6 to 12 months |
| Supervised Release Range: | 2 years to life |
| Fine Range: $ 2,000.00 to $ | 20,000.00 |

   ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $_____

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

☐ The sentence departs from the guideline range:

   ☐ upon motion of the government, as a result of defendants substantial assistance.

   ☐ for the following specific reason(s):

IN THE UNITED STATES DISTRICT COURT

F I L E D
UNITED STATES DISTRICT

FOR THE DISTRICT OF NEW MEXICO

APR 2 7 2001

CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 01 - 515 BB |
| | ) | 21 U.S.C. §§ 841(a)(1) and |
| vs. | ) | 841(b)(1)(D): Possession |
| | ) | with intent to distribute |
| ALEC BOYKIN | ) | less than 50 kilograms of |
| | ) | marijuana; and 18 U.S.C. § |
| Defendant. | ) | 2: Aiding and abetting |

## INFORMATION

The United States Attorney charges:

On or about February 5, 2001, in Doña Ana County, in the State and District of New

Mexico, the Defendant, ALEC BOYKIN did unlawfully, willfully, knowingly and intentionally

possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled

substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) and 18 U.S.C. § 2.

NORMAN C. BAY
United States Attorney

ALFRED J. PEREZ
Assistant U.S. Attorney
555 S. Telshor, Suite 300
Las Cruces, NM 88011
(505) 522-2304

CERTIFIED a True Copy of the
original filed in my office.
Clerk

by _____
Deputy

N:\udd\clopez\Alfred\pleas\Drugs\Boykin841D-2-4.wpd

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Deputy

TERMED

U.S. District Court
for the District of New Mexico (Las Cruces)

CRIMINAL DOCKET FOR CASE #: 01-CR-515-ALL

USA v. Boykin                                              Filed: 04/27/01
Dkti# 1n01-m -04170

Case Assigned to:  District Judge Bruce D. Black

ALEC BOYKIN (1) , 3102 W.              Steve G Sosa, Esq
Tucana St, Tucson, AZ 85705-           [term  07/30/01]
1608; (520)743-0673                    FTS 527-6933
    defendant                          (505) 527-6930
[term  07/30/01]                       [COR LD NTC pda]
                                       Federal Public Defender's
                                       Office
                                       500 S Main
                                       #600
                                       Las Cruces, NM 88001
                                       (505) 527-6930
                                       FTS 527-6933

Pending Counts:                             Disposition

21:841(a)(1) and 841(b)(1)(D)          SENTENCE IMPOSED:  CBOP: 6
POSSESSION WITH INTENT TO              months - placed at local
DISTRIBUTE LESS THAN 50                halfway  house in Tucson, AZ; 2
KILOGRAMS OF MARIJUANA; AND            years supervised release
18:2     AIDING AND ABETTING           w/special    conditions; SPA
(1)                                    waived; voluntary surrender
                                       granted            (1)


Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:                            CERTIFIED a True Copy of the
                                       original filed in my office.
   NONE                                            Clerk
                                       by _____
=========================                        Deputy


Docket as of March 21, 2005 3:18 pm    A true copy of the original, I certify.
                                       Peggy F U.S. District Court,
                                       By _____
                                                    Deputy

Proceedings include all events.                                    TERMED
2:01cr515-ALL USA v. Boykin

Case Assigned to:  District Judge Bruce D. Black

CORNELIUS BOYKIN (90)                Cornelius Boykin
        third-party custodian        [COR LD NTC pse] [PRO SE]
                                     3102 W Tucana St
                                     Tucson, AZ 85745-1608

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

U. S. Attorneys:

    Alfred Juarez Perez, Esq.
    FTS 522-2531
    (505) 522-2304
    [COR LD NTC ret]
    US Attorney's Office
    District of New Mexico
    555 S Telshore
    #300
    Las Cruces, NM 88011
    (505) 522-2304
    FTS 522-2391

Proceedings include all events.                                    TERMED
2:01cr515-ALL USA v. Boykin

2/5/01    --      DEFENDANT Alec Boykin arrested
                  [ 2:01-m -4170 ] (vd) [Entry date 02/06/01]

2/6/01    1       CRIMINAL COMPLAINT naming Alec Boykin by Magistrate Judge
                  Karen B. Molzen
                  [ 2:01-m -4170 ] (vd) [Entry date 02/06/01]

2/6/01    2       CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                  first appearance of Alec Boykin on Complaint J. Greek
                  standing in;  Tape #: LC 01-23
                  [ 2:01-m -4170 ] (vd) [Entry date 02/06/01]

2/6/01    3       MOTION for detention hearing by USA as to Alec Boykin
                  [ 2:01-m -4170 ] (vd) [Entry date 02/06/01]

2/6/01    4       ORDER by Magistrate Judge Karen B. Molzen  for defendant
                  Alec Boykin appointing attorney Steve G Sosa (cc: all
                  counsel)
                  [ 2:01-m -4170 ] (vd) [Entry date 02/06/01]

2/9/01    5       CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                  preliminary hearing waived/detention hearing held as to
                  Alec Boykin, $5K secured bond set Tape #: LC 01-26
                  [ 2:01-m -4170 ] (vd) [Entry date 02/12/01]

2/9/01    6       WAIVER of preliminary hearing & grand jury presentment w/in
                  75 days by defendant Alec Boykin
                  [ 2:01-m -4170 ] (vd) [Entry date 02/12/01]

2/13/01   7       ORDER by Magistrate Judge Karen B. Molzen setting
                  conditions of release for Alec Boykin adding third-party
                  custodian Cornelius Boykin  $5,000 Cash Bond made
                  [ 2:01-m -4170 ] (vd) [Entry date 02/13/01]

2/13/01   8       APPEARANCE BOND ($5,000 cash) posted for Deft Alec Boykin
                  by Cornelius Boykin, 3102 W. Tucana St, Tuscon, AZ
                  857545-1608, Receipt #201749 for $5,000 Cash
                  [ 2:01-m -4170 ] (vd) [Entry date 02/13/01]

3/26/01   9       PETITION for action on conditions of pretrial release by
                  Pretrial Services Officer Alfredo Navarro as to Alec Boykin
                  [ 2:01-m -4170 ] (ir) [Entry date 03/26/01]

3/26/01   --      Arrest Warrant issued for Alec Boykin
                  [ 2:01-m -4170 ] (ir) [Entry date 03/26/01]

4/6/01    10       ARREST Warrant returned executed as to Alec Boykin
                  3/29/01
                  [ 2:01-m -4170 ] (ja) [Entry date 04/09/01]

4/9/01    11      RULE 40 Documents received from Tucson, AZ as to Alec
                  Boykin
                  [ 2:01-m -4170 ] (ms) [Entry date 04/09/01]

Proceedings include all events.                                    TERMED
2:01cr515-ALL USA v. Boykin

4/16/01   12     ARREST Warrant returned executed as to defendant Alec
                 Boykin; defendant arrested on 3/29/01 in Tucson, AZ
                 [ 2:01-m -4170 ] (ms) [Entry date 04/17/01]

4/17/01   14     CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                 Initial hearing on violation of pre-trial relase as to Alec
                 Boykin Tape #: LC 01-67
                 [ 2:01-m -4170 ] (ja) [Entry date 04/23/01]

4/18/01   15     CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                 Show cause hearing held as to Alec Boykin Tape #: LC 01-68
                 Interpreter: NONE
                 [ 2:01-m -4170 ] (ja) [Entry date 04/23/01]

4/20/01   13     NOTICE of Hearing for defendant Alec Boykin
                 pre-indictment plea set for 4/27/01 at 9:30 am before
                 Leslie C. Smith in Las Cruces, NM (cc: all counsel)
                 [ 2:01-m -4170 ] (ja) [Entry date 04/20/01]

4/20/01   16     ORDER by Magistrate Judge Karen B. Molzen re [15-1], re
                 [15-2] Alec Boykin shall be placed with 3rd pty custodian,
                 Diersen Charities and continue to attnd AA meetings. All
                 other conditions shall remain in full force and effect.
                 (cc: all counsel)
                 [ 2:01-m -4170 ] (ja) [Entry date 04/23/01]

4/27/01   17     INFORMATION by USA Alfred Juarez Perez. Counts filed
                 against Alec Boykin (1) count(s) 1 (rlc)
                 [Entry date 04/27/01]

4/27/01   18     WAIVER of Indictment  by defendant Alec Boykin (rlc)
                 [Entry date 04/27/01]

4/27/01   19     CONSENT to proceed before Magistrate by Alec Boykin (rlc)
                 [Entry date 04/27/01]

4/27/01   20     PLEA AGREEMENT as to Alec Boykin (rlc) [Entry date 04/27/01]

4/27/01   21     CLERK'S MINUTES: before Magistrate Judge Leslie C. Smith
                 Alec Boykin enters guilty plea to Information;
                 pre-indictment plea held, sentencing date to be set,
                 present conditions of release to continue C/R: V Arrieta
                 (rlc) [Entry date 04/27/01]

5/10/01   22     MOTION to modify conditions of release to allow deft to be
                 released on previously ordered bond until his sentencing
                 hearing by Alec Boykin (sr) [Entry date 05/10/01]

5/11/01   23     ORDER by Magistrate Judge Karen B. Molzen granting motion to
                 modify conditions of release to allow deft to be on
                 previously ordered bond set on 2/9/01 until his sentencing
                 hearing as to Alec Boykin; deft to be released from the 3rd
                 pty cust of Diersen Charities; all other conditions shall
                 remain in full force & effect [22-1] (cc: all counsel) (sr)

Docket as of March 21, 2005 3:18 pm                   Page 4

Proceedings include all events.                                    TERMED
2:01cr515-ALL USA v. Boykin

4/16/01   12      ARREST Warrant returned executed as to defendant Alec
                  Boykin; defendant arrested on 3/29/01 in Tucson, AZ
                  [ 2:01-m -4170 ] (ms) [Entry date 04/17/01]

4/17/01   14      CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                  Initial hearing on violation of pre-trial relase as to Alec
                  Boykin Tape #: LC 01-67
                  [ 2:01-m -4170 ] (ja) [Entry date 04/23/01]

4/18/01   15      CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                  Show cause hearing held as to Alec Boykin Tape #: LC 01-68
                  Interpreter: NONE
                  [ 2:01-m -4170 ] (ja) [Entry date 04/23/01]

4/20/01   13      NOTICE of Hearing for defendant Alec Boykin
                  pre-indictment plea set for 4/27/01 at 9:30 am before
                  Leslie C. Smith in Las Cruces, NM (cc: all counsel)
                  [ 2:01-m -4170 ] (ja) [Entry date 04/20/01]

4/20/01   16      ORDER by Magistrate Judge Karen B. Molzen re [15-1], re
                  [15-2] Alec Boykin shall be placed with 3rd pty custodian,
                  Diersen Charities and continue to attnd AA meetings. All
                  other conditions shall remain in full force and effect.
                  (cc: all counsel)
                  [ 2:01-m -4170 ] (ja) [Entry date 04/23/01]

4/27/01   17      INFORMATION by USA Alfred Juarez Perez. Counts filed
                  against Alec Boykin (1) count(s) 1 (rlc)
                  [Entry date 04/27/01]

4/27/01   18      WAIVER of Indictment  by defendant Alec Boykin (rlc)
                  [Entry date 04/27/01]

4/27/01   19      CONSENT to proceed before Magistrate by Alec Boykin (rlc)
                  [Entry date 04/27/01]

4/27/01   20      PLEA AGREEMENT as to Alec Boykin (rlc) [Entry date 04/27/01]

4/27/01   21      CLERK'S MINUTES: before Magistrate Judge Leslie C. Smith
                  Alec Boykin enters guilty plea to Information;
                  pre-indictment plea held, sentencing date to be set,
                  present conditions of release to continue C/R: V Arrieta
                  (rlc) [Entry date 04/27/01]

5/10/01   22      MOTION to modify conditions of release to allow deft to be
                  released on previously ordered bond until his sentencing
                  hearing by Alec Boykin (sr) [Entry date 05/10/01]

5/11/01   23      ORDER by Magistrate Judge Karen B. Molzen granting motion to
                  modify conditions of release to allow deft to be on
                  previously ordered bond set on 2/9/01 until his sentencing
                  hearing as to Alec Boykin; deft to be released from the 3rd
                  pty cust of Diersen Charities; all other conditions shall
                  remain in full force & effect [22-1] (cc: all counsel) (sr)

Proceedings include all events.                                    TERMED
2:01cr515-ALL USA v. Boykin

                    [Entry date 05/11/01] [Edit date 05/11/01]

6/28/01   24       MOTION to modify conditions of release to allow deft to be
                   removed from electronic monitoring & permit him to travel
                   in connection w/his employment by Alec Boykin (sr)
                   [Entry date 06/29/01]

7/9/01    25       CLERK'S MINUTES: hearing held before Magistrate Judge Karen
                   B. Molzen re motion to modify conditions of release as to
                   Alec Boykin [24-1]; motion granted, electronic monitoring
                   to be removed; travel limitations; all other conditions of
                   release to remain in effect Tape #: LC 01-131 Interpreter:
                   none required (sr) [Entry date 07/09/01]

7/10/01   26       ORDER by Magistrate Judge Joe H. Galvan granting motion to
                   modify conditions of release to allow deft to be removed
                   from electronic monitoring & permit him to travel in
                   connection w/his employment as to Alec Boykin [24-1] (cc:
                   all counsel) (sr) [Entry date 07/10/01]

7/18/01   27       NOTICE of Hearing for defendant Alec Boykin    sentencing
                   hearing set for 7/30/01 at 1:30 pm before Senior U S
                   District Judge John E Conway in Las Cruces, NMCLERK:bh
                   (cc: all counsel by sr) (sr) [Entry date 07/18/01]

7/30/01   28       CLERK'S MINUTES:  before Senior Judge John E. Conway
                   sentencing  Alec Boykin (1) count(s) 1.   SENTENCE IMPOSED:
                   CBOP: 6 months - placed at local halfway house in Tucson,
                   AZ; 2 years supervised release w/special conditions; SPA
                   waived; voluntary surrender granted,  case terminated
                   C/R: Syd Huseby (dmw) [Entry date 08/01/01]

8/14/01   29       JUDGMENT  by District Judge Bruce D. Black for defendant
                   Alec Boykin (distribution as required*) (dmw)
                   [Entry date 08/15/01]

9/7/01    30       PETITION for Exoneration of $5000 cash bond by third-party
                   custodian Cornelius Boykin (sr) [Entry date 09/07/01]

9/10/01   31       ORDER by Chief Judge James A. Parker granting petition for
                   exoneration of bond by 3rd pty cust Cornelius Boykin; 3102
                   W Tucana St, Tucson, AZ 85745 [30-1] (cc: all counsel) (sr)
                   [Entry date 09/10/01]

9/14/01   32       FINANCIAL ENTRY: $5,000 bond paid to Cornelius Boykin, ck
                   #199763 (dmw) [Entry date 09/18/01]

10/2/01   33       ORDER by Senior Judge John E. Conway  for Voluntary
                   Surrender for defendant Alec Boykin to Federal Correctional
                   Institution; RR 2 Box 820; Stafford, AZ on 10/9/01 by 2:00
                   pm (cc: all counsel) (sr) [Entry date 10/02/01]

10/11/01 34        MOTION to extend date for surrender until 10/18/01 by
                   Alec Boykin (sr) [Entry date 10/12/01]

Proceedings include all events.                                          TERMED
2:01cr515-ALL USA v. Boykin

10/11/01 35      ORDER by District Judge William F. Downes, District of
                 Wyoming, sitting by designation, granting motion to extend
                 date for surrender until 10/18/01 as to Alec Boykin [34-1]
                 (cc: counsel) (sr) [Entry date 10/12/01]

10/17/01 36      SECOND MOTION to extend date for surrender  by Alec
                 Boykin (sr) [Entry date 10/17/01]

10/17/01 37      ORDER by District Judge William F. Downes granting motion
                 to extend date for surrender as to Alec Boykin [36-1]; deft
                 shall surrender to Federal Correctional Institution; RR 2
                 Box 820; Safford, AZ on 1/18/02 by 2:00 pm  (cc: all
                 counsel) (sr) [Entry date 10/17/01]

1/19/05  38      PETITION for revocation of supervised release & ORDER by
                 Judge Black that warrant be issued for deft (dmw)
                 [Entry date 01/19/05]

1/19/05  --      ARREST Warrant issued for Alec Boykin (dmw)
                 [Entry date 01/19/05]

3/18/05  39      ORDER by District Judge Bruce D. Black to Transfer
                 Jurisdiction to Western District of Texas, Midland as to
                 Alec Boykin (cc: all counsel) (yc) [Entry date 03/18/05]

3/21/05  --      LETTER to Western District of Texas, Midlan w/certified
                 copies of the judgment; information; transfer of
                 jurisdiction & docket sheet (yc) [Entry date 03/21/05]

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
### CRIMINAL DOCKET FOR CASE #: 7:05-cr-00071-RAJ All Defendants

# Internal Use Only

Case title: USA v. Boykin

Other court case numbers: :05- -50704 5th Circuit
CR-07-0665-MMC Nothern
District of California, San
Francisco Divi

Date Filed: 03/24/2005

Assigned to: Judge Robert A. Junell

Appeals court case number: 05-50704

## Defendant

**Alec McLeod Boykin** (1)

represented by **E. Jason Leach**
Law Office of E. Jason Leach
308 North Jackson
Odessa, TX 79761
(432) 580-8104
Fax: 432/580-8540
Email: ejleach@bl-law.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Nicholas Cowenhoven Taylor**
Attorney at Law
214 W. Texas, #1101
Midland, TX 79701
(432) 682-1821
Fax: 432/682-1123
Email: nct_law-office@sbcglobal.net
*TERMINATED: 05/05/2005*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

## Pending Counts

21:841A=MD.F MARIJUANA - SELL,
DISTRIBUTE, OR DISPENSE
(1)

## Disposition

Sentenced to BOP for 11 mos, 25
months supervised release. Sentence
imposed to run consecutive to sentence
imposed in MO-02-CR-008.

A true copy of the original, I certify.
Clerk, U.S. District Court

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

**USA**                            represented by   **John S. Klassen**
                                                    U.S. Attorney's Office
                                                    400 West Illinois
                                                    Suite 1200
                                                    Midland, TX 79701-2548
                                                    (432)686-4110
                                                    Fax: 432/686-4131
                                                    Email: john.klassen2@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/24/2005 |   | Case assigned to Judge Robert A. Junell (vt) (Entered: 03/24/2005) |
| 03/24/2005 | 1 | Consent to Transfer Probation Jurisdiction from District of New Mexico as to Alec McLeod Boykin (1) count(s) 1 (vt) (Entered: 03/24/2005) |
| 04/11/2005 |   | (Court only) Location Fugitive started for Alec McLeod Boykin in compliance with e government act (sm) (Entered: 04/11/2005) |
| 04/11/2005 | 2 | Probation Form 12 to revoke probation/supervised release as to Alec McLeod Boykin signed by Judge Robert A. Junell (sm) (Entered: 04/14/2005) |
| 04/11/2005 |   | Probation warrant issued for Alec McLeod Boykin (sm) (Entered: 04/14/2005) |
| 04/13/2005 |   | Arrest of Alec McLeod Boykin (sm) (Entered: 04/14/2005) |
| 04/13/2005 |   | Defendant Alec McLeod Boykin initial appearance on revocation proceedings held (sm) (Entered: 04/14/2005) |
|            |   |             |

| 04/13/2005 | | (Court only) Added for USA attorney John S. Klassen (sm) (Entered: 04/14/2005) |
| 04/13/2005 | | (Court only) Added for Alec McLeod Boykin attorney Nicholas Cowenhoven Taylor (sm) (Entered: 04/14/2005) |
| 04/13/2005 | 3 | Minutes of proceedings for Initial Appearance on Preliminary Revocation Hearing conducted on April 13, 2005 as to Alec McLeod Boykin by Judge Platt. Court Reporter: Computer Recording (sm) (Entered: 04/14/2005) |
| 04/13/2005 | 4 | Waiver of Preliminary Revocation Hearing by Alec McLeod Boykin (sm) (Entered: 04/14/2005) |
| 04/13/2005 | 5 | Waiver of detention hearing with reservation of rights by Alec McLeod Boykin (sm) (Entered: 04/14/2005) |
| 04/13/2005 | 6 | Order pertaining to Rule 32.1 findings as to Alec McLeod Boykin granting waiver of detention hearing with reservation of rights [5-1] to detain defendant without bond Bond set to No Bond signed by Judge L. S. Platt (sm) (Entered: 04/14/2005) |
| 04/21/2005 | 7 | Filed CJA Form #20 as to Alec McLeod Boykin appointing Nicholas Taylor (sm) (Entered: 04/21/2005) |
| 04/28/2005 | 8 | Order as to Alec McLeod Boykin setting final revocation hearing for 8:15 5/3/05 for Alec McLeod Boykin signed by Judge Robert A. Junell (vt) (Entered: 04/29/2005) |
| 05/02/2005 | 9 | Motion by USA as to Alec McLeod Boykin for revocation of probation/supervised release (vt) (Entered: 05/02/2005) |
| 05/03/2005 | | Final revocation hearing for Alec McLeod Boykin by Judge Robert A. Junell held (sm) (Entered: 05/03/2005) |
| 05/03/2005 | | Probation/Supervised Release revoked and set aside as to Alec McLeod Boykin (1) count(s) 1. Sentenced to BOP for 11 mos, 25 months supervised release. Sentence imposed to run consecutive to sentence imposed in MO-02-CR-008. (sm) (Entered: 05/03/2005) |
| 05/03/2005 | 10 | Minutes of proceedings for Final Revocation Hearing conducted on May 3, 2005 as to Alec McLeod Boykin by Judge Junell. Court Reporter: Todd Anderson (sm) (Entered: 05/03/2005) |
| 05/04/2005 | 11 | Motion by Alec McLeod Boykin for Nicholas Taylor to withdraw as attorney , and for appointment of counsel on appeal (sm) (Entered: 05/04/2005) |
| 05/05/2005 | 12 | Order as to Alec McLeod Boykin granting motion for revocation of probation/supervised release [9-1] signed by Judge Robert A. Junell (sm) (Entered: 05/05/2005) |
| 05/05/2005 | | (Court only) Added for Alec McLeod Boykin attorney E. Jason Leach (sm) (Entered: 05/05/2005) |

| 05/05/2005 | 13 | Order as to Alec McLeod Boykin granting motion for Nicholas Taylor to withdraw as attorney [11-1] , granting motion for appointment of counsel on appeal [11-2] of E. Jason Leach signed by Judge L. S. Platt (sm) (Entered: 05/05/2005) |
| --- | --- | --- |
| 05/05/2005 | | (Court only) Attorney terminated for Alec McLeod Boykin : attorney Nicholas Cowenhoven Taylor (sm) (Entered: 05/05/2005) |
| 05/09/2005 | 14 | Notice of appeal by Alec McLeod Boykin (sm) (Entered: 05/09/2005) |
| 05/09/2005 | | Notice of appeal and certified copy of docket to USCA: as to Alec McLeod Boykin appeal [14-1] (sm) (Entered: 05/09/2005) |
| 05/27/2005 | 15 | Appeal Transcript requested by Alec McLeod Boykin appeal [14-1] ; Transcript due on 6/27/05 for dates of May 3, 2005 (Proceedings Transcribed: Final Revocation Hearing) (Court Reporter: Todd Anderson) (sm) (Entered: 05/31/2005) |
| 05/31/2005 | 16 | Transcript filed by Alec McLeod Boykin appeal [14-1] for dates of May 3, 2005 (Proceedings Transcribed: Final Revocation Hearing) (Court Reporter: Todd Anderson) Appeal record due on 6/15/05 (sm) (Entered: 05/31/2005) |
| 06/02/2005 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Alec McLeod Boykin appeal [14-1] (sm) (Entered: 06/02/2005) |
| 06/13/2005 | | Return of appeal information sheet received. as to Alec McLeod Boykin appeal [14-1] USCA NUMBER: 05-50704 (vt) (Entered: 06/13/2005) |
| 06/13/2005 | | Return of appeal information sheet received. as to Alec McLeod Boykin appeal [14-1] USCA NUMBER: 05-50704 (vt) (Entered: 06/13/2005) |
| 06/27/2005 | | Miscellaneous hearing (Defendant's letter for appointment of counsel) for Alec McLeod Boykin; Judge informed defendant out of time, hearing dismissed held (sm) (Entered: 06/27/2005) |
| 06/27/2005 | 17 | Minutes of proceedings for Appoint Counsel conducted on June 27, 2005 as to Alec McLeod Boykin by Judge Platt. Court Reporter: Computer Recording (sm) (Entered: 06/27/2005) |
| 04/07/2006 | 18 | Certified copy of judgment of USCA as to Alec McLeod Boykin affirming as to Alec McLeod Boykin (1) count(s) 1 appeal [14-1] (vt) (Entered: 04/07/2006) |
| 04/07/2006 | | (Court only) Terminated pending appeal as to Alec McLeod Boykin terminating appeal [14-1] (vt) (Entered: 04/07/2006) |
| 04/07/2006 | | Record on appeal returned from U.S. Court of Appeal as to Alec McLeod Boykin : (vt) (Entered: 04/07/2006) |
| 06/16/2006 | 19 | PROBATION FORM 12 as to Alec McLeod Boykin (vt, ) (Entered: 06/16/2006) |
| 08/28/2006 | 20 | PROBATION FORM 12 as to Alec McLeod Boykin (vt, ) (Entered: 08/28/2006) |

| 09/20/2006 | | (Court only) ***Location Fugitive start as to Alec McLeod Boykin (vt, ) (Entered: 09/20/2006) |
| 09/20/2006 | 21 | Probation Form 12 to revoke probation/supervised release as to Alec McLeod Boykin (1) Count 1 (vt, ) (Entered: 09/21/2006) |
| 09/20/2006 | 22 | Arrest Warrant Issued as to Alec McLeod Boykin. (vt, ) (Entered: 09/21/2006) |
| 09/21/2006 | | Arrest of Alec McLeod Boykin (vt, ) (Entered: 09/21/2006) |
| 09/22/2006 | 23 | Minute Entry for proceedings held before Judge L. Stuart Platt :Initial Appearance on Revocation Proceedings as to Alec McLeod Boykin held on 9/22/2006 Appearance entered by E. Jason Leach for Alec McLeod Boykin on behalf of defendant. (Minute entry documents are not available electronically.) (Court Reporter ERO.) (vt, ) (Entered: 09/22/2006) |
| 09/22/2006 | 24 | ORDER OF TEMPORARY DETENTION: Bond set to NO Bond as to Alec McLeod Boykin Detention Hearing set for 10/2/2006 01:30 PM before Honorable L. Stuart Platt.. Signed by Judge L. Stuart Platt. (vt, ) (Entered: 09/22/2006) |
| 09/26/2006 | 25 | Arrest Warrant Returned Executed on 9/20/06 as to Alec McLeod Boykin. (vt, ) (Entered: 09/26/2006) |
| 09/27/2006 | 26 | ORDER RESETTING as to Alec McLeod Boykin Preliminary Revocation Hearing set for 10/5/2006 09:30 AM before Honorable L. Stuart Platt.. Signed by Judge L. Stuart Platt. (vt, ) (Entered: 09/28/2006) |
| 10/05/2006 | 27 | Minute Entry for proceedings held before Judge L. Stuart Platt :Preliminary Revocation Hearing as to Alec McLeod Boykin held on 10/5/2006 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (vt, ) (Entered: 10/05/2006) |
| 10/06/2006 | 28 | ORDER as to Alec McLeod Boykin Final Hearing re Revocation of Supervised Release set for 10/11/2006 09:15 AM before Honorable Robert A. Junell.. Signed by Judge Robert A. Junell. (sm, ) (Entered: 10/06/2006) |
| 10/11/2006 | 29 | ORDER OF DETENTION and approving waiver of preliminary revocation and detention hearing: Bond set to NO BOND as to Alec McLeod Boykin . Signed by Judge L. Stuart Platt. (vt, ) (Entered: 10/11/2006) |
| 10/11/2006 | 30 | Minute Entry for proceedings held before Judge L. Stuart Platt :Final Revocation Hearing as to Alec McLeod Boykin held on 10/11/2006 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (vt, ) (Entered: 10/11/2006) |
| 10/12/2006 | 31 | ORDER modifying conditions of supervised release as to Alec McLeod Boykin . Signed by Judge Robert A. Junell. (vt, ) (Entered: 10/12/2006) |
| 10/12/2006 | | (Court only) ***Procedural Interval start as to Alec McLeod Boykin |

|  |  | (sm, ) (Entered: 10/30/2007) |
|---|---|---|
| 10/13/2006 | 32 | ORDER of USCA (certified copy) as to Alec McLeod Boykin regarding Denying Writ of Certiorari ; re 14 Notice of Appeal - Final Judgment (vt, ) (Entered: 10/13/2006) |
| 10/13/2006 | 33 |  |