AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA
v.
ALEC MCLEOD BOYKIN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-07-00665-001 MMC
CR-08-0152-001 MMC

BOP Case Number: DCAN307CR000665-001
USM Number:
Defendant's Attorney :Loren Stewart, Assistant Federal Public Defender

**THE DEFENDANT:**

[x]     admitted guilt to violation of condition(s) <u>Standard Conditions Numbers Two and Six</u> of the term of supervision.
[ ]     was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|:---:|:---:|:---:|
| 1 | Failure to Notify the Probation Officer of Any Change in Residence or Employment | 2/28/2008 |
| 2 | Failure to Report to Probation Officer and Submit a Truthful and Complete Written Report Within the First Five Days of Each Month | 9/2007 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ]     The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.
IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:     Unknown
Defendant's Date of Birth:     Unknown
Defendant's USM No.:
<u>Defendant's Residence Address:</u>
U.S. Marshal Service
<u>Defendant's Mailing Address:</u>
U.S. Marshal Service

June 2, 2010
Date of Imposition of Judgment

*Maxine M. Chesney*

Signature of Judicial Officer

Honorable Maxine M. Chesney, U. S. District Judge
Name & Title of Judicial Officer
June 4, 2010
Date

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | ALEC MCLEOD BOYKIN | Judgment - Page 2  of  2 |
| CASE NUMBER: | CR-07-00665-001 MMC        CR-08-0152 -001 MMC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Five (5) months  .

This term consists of 5 months on each case  - to run concurrent.

[x]      The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a facility as close as possible to the San Francisco Bay Area to allow for visits from domestic partner.

[x]      The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]      The defendant shall surrender to the United States Marshal for this district.

[ ] at ___ [] am [] pm on ___.
[ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before  2:00 pm on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By  _____

Deputy United States Marshal